IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 mc 19

| | |
|---|---|
| EDWARD C. HUGLER, ACTING ) <br> SECRETARY OF LABOR, UNITED ) <br> STATES DEPARTMENT OF LABOR, ) <br> ) <br>     Petitioner ) <br> ) <br> v ) <br> ) <br> SERENITY HEART FAMILY CARE ) <br> HOME, LLC d/b/a SERENITY HEART ) <br> FAMILY CARE HOME, ) <br> ) <br>     Respondent. ) | **ORDER** |

**THIS MATTER** came before the undersigned upon a Motion to Cancel Hearing (#3) filed by Petitioner. In the motion, the Petitioner requests, not only that the hearing scheduled for April 13, 2017 be canceled, but also requests that the Petition itself be dismissed without prejudice. Based upon the small amount of information provided by the Petitioner, the undersigned will allow the Motion to Cancel Hearing and the included motion to dismiss.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Cancel Hearing (#3) is **ALLOWED** and the hearing scheduled for April 13, 2017 is hereby canceled. It

1

is further **ORDERED** that the Petition filed by the Petitioner is hereby dismissed with prejudice at the request of the Petitioner.

Signed: April 13, 2017

Dennis L. Howell
United States Magistrate Judge